IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02668-BNB

THERON MAXTON,

    Plaintiff,

v.

[NO DEFENDANT NAMED],

    Defendant.

## ORDER OF DISMISSAL

    Plaintiff, Theron Maxton, is a prisoner in the custody of the United States Bureau of Prisons at the Federal Correctional Institution in Florence, Colorado.  Mr. Maxton initiated this action by filing *pro se* a letter to the Court alleging that prison officials set him up to be killed.  On October 19, 2011, Magistrate Judge Boyd N. Boland entered an order directing Mr. Maxton to cure certain deficiencies if he wished to pursue any claims.  Specifically, Magistrate Judge Boland ordered Mr. Maxton to file a Prisoner Complaint and either to pay the filing fee or to file a properly supported Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.  Mr. Maxton was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

    Mr. Maxton has failed to cure the deficiencies within the time allowed and has failed to respond in any way to Magistrate Judge Boland's October 19 order.  Therefore, the action will be dismissed without prejudice for failure to cure the deficiencies.

Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Mr. Maxton failed to cure the deficiencies as directed.

DATED at Denver, Colorado, this  29th  day of   November   , 2011.

BY THE COURT:


    s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court